UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                 Case No. 20-CR-84

JUSTIN M. MOORE,

      Defendant.

---

## ORDER DENYING MOTION TO DELAY REPORT DATE

Defendant Justin M. Moore pled guilty to Domestic Assault by Strangulation in violation of 18 U.S.C. §§ 113(a)(8) and 1153(a). He was sentenced to 48 months in the custody of the Bureau of Prisons on December 16, 2020. The Court allowed Moore to voluntarily surrender and directed that the sentence not commence before January 12, 2021. Moore has since been instructed to report to FCI Cumberland in Cumberland, Maryland on January 21, 2021. He has now filed a motion requesting that his reporting date be delayed by at least 60 days to reduce the risk that he would contract Covid-19. The motion will be denied.

Moore has no prior health conditions that make him more susceptible to Covid-19 or that increase the risk that he would die or suffer serious injury from the virus. Although the virus can be deadly, the vast majority of healthy people under the age of 65 are not seriously affected for any significant length of time. As of December 14, 2020, the date Moore filed his motion, he cited 221 active Covid cases among inmates at FCI Cumberland. As of December 18, 2020, however, FCI Cumberland had only 37 inmates and 10 staff members with active Covid-19 cases. While 208 inmates and 26 staff members had previously contracted the virus, all had recovered. Through

the surge reported by the defendant, the institution experienced no deaths among inmates or staff members. The numbers are subject to wide variation and continue to change as time passes.

Given the absence of significant underlying health conditions, the relatively mild symptoms for most people, and the ability of the Bureau of Prisons to properly care for prisoners who contract the virus, the Court is satisfied that Moore can safely report and complete his sentence. His motion for further delay is, therefore, DENIED.

SO ORDERED at Green Bay, Wisconsin this 5th day of January, 2021.

s/ William C. Griesbach  
William C. Griesbach  
United States District Judge